# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASLEY ACOSTA<br><br>　　　　Defendant. | Case No.: 20-CR-2160-DMS<br><br>**JUDGMENT OF DISMISSAL** |

　　For good cause appearing, the Court GRANTS the Government's Motion to Dismiss the Indictment As To Asley Acosta Without Prejudice. Bond is ordered exonerated.

**IT IS SO ORDERED.**

Dated: May 20, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court